*Harold R. Medina, John W. Jordan* and *Harry Kalman* for appellant.

*Thomas C. T. Crain, District Attorney (John C. McDermott* of counsel), for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ.   Not sitting: HUBBS, J.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
JACOB MANOWITZ, Respondent.

(Argued May 29, 1933; decided June 13, 1933.)

*Elvin N. Edwards,* District Attorney (*Philip Huntington* of counsel), for appellant.

*Harold R. Medina, William F. McNulty* and *Morris Alfred Vogel* for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.